IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01623-MSK-KMT

FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware corporation,

    Plaintiff,

v.

ELITE MORTGAGE GROUP, INC.,
KATRINA ROBERTS, an individual,
SCOTT LANDON, an individual, and
ROBERT WILLSON,

    Defendants.

---

# MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Defendant Katrina Roberts' Motion for Leave to Participate in the Settlement Conference by Telephone" (#37, filed March 14, 2008) is GRANTED. Ted Gainsford of General Star may participate by telephone at the Settlement Conference on April 4, 2008. Defendant's counsel shall ensure the representative's availability and the client representative shall remain available to counsel and the court until further notified by counsel. The client representative may contact the court by calling (303) 335-2780 should they have additional questions or need to reach their counsel during the conference.

The "Stipulated Motion to Amend Scheduling Order to Extend Deadlines for Expert Disclosures, Discovery Cut-Off and Dispositive Motions Deadlines" (#39, filed March 17, 2008) is GRANTED. The deadline to exchange expert reports is April 30, 2008; the deadline to exchange rebuttal expert reports is May 23, 2008; the discovery cut-off date is June 13, 2008; and the dispositive motion deadline is July 11, 2008.

Dated: March 18, 2008