IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01623-MSK-KMT

FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware corporation,

    Plaintiff,

v.

ELITE MORTGAGE GROUP, INC.,
KATRINA ROBERTS, an individual,
SCOTT LANDON, an individual, and
ROBERT WILLSON,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Plaintiff's Unopposed Motion for Leave to Amend its First Amended Complaint" (#41, filed March 18, 2008) is GRANTED. The Clerk of the Court is directed to file the Second Amended Complaint, together with Exhibits A-D, now currently docketed as Doc. Nos. 41-2 through 41-7.

Dated: March 21, 2008