IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01623-MSK-KMT

FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware corporation,

    Plaintiff,

v.

KATRINA ROBERTS, an individual,
SCOTT LANDON, an individual, and
ROBERT WILLSON,

    Defendants.

## **MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Defendant Robert Willson's *Unopposed* Motion for Leave to Attend Settlement Conference by Telephone" (#47, filed March 27, 2008) is GRANTED. The client representative for Defendant Willson is permitted to attend the settlement conference by telephone. Defendant's counsel shall ensure the representative's availability and the client representative shall remain available to counsel and the court until further notified by counsel. The client representative may contact the court by calling (303) 335-2780 should they have additional questions or need to reach their counsel during the conference.

Dated: April 1, 2008