IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01623-MSK-KMT

FIRST FRANKLIN FINANCIAL CORPORATION,
a Delaware corporation,

    Plaintiff.

v.

ELITE MORTGAGE GROUP, INC.;
SCOTT LANDON, an individual; and
ROBERT WILSON, an individual.

    Defendants
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THE COURT, having reviewed the Stipulation for Dismissal with Prejudice between Plaintiff First Franklin Financial Corporation and Defendant Katrina Roberts, **HEREBY ORDERS THAT**:

Plaintiff's claims and causes of action against Defendant Katrina Roberts are hereby dismissed with prejudice each party to pay their own attorney's fees, costs and expenses. The caption shall so reflect on all future pleadings.

DATED this 23rd day of April, 2008.

                                           **BY THE COURT:**

                                           */s/ Marcia S. Krieger*
                                           _____

                                           Marcia S. Krieger
                                           United States District Judge