IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01623-MSK-KMT

FIRST FRANKLIN FINANCIAL CORPORATION,
a Delaware corporation,

       Plaintiff,
v.

ELITE HOME LOANS, INC.,
KATRINA ROBERTS,
SCOTT LANDON,

       Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

THE COURT, having reviewed the Stipulation for Dismissal with Prejudice between Plaintiff First Franklin Financial Corporation and Defendant Robert Willson, HEREBY ORDERS THAT:

Plaintiff's claims and causes of action against Defendant Robert Willson are hereby dismissed with prejudice each party to pay their own attorney's fees, costs and expenses. The caption shall so reflect on all future pleadings.

DATED this 30th day of April, 2008.

                        **BY THE COURT:**

                        *Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge