IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01623-MSK-KMT

FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware corporation,

        Plaintiff,

v.

ELITE MORTGAGE GROUP, INC., and
SCOTT LANDON, an individual,

        Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER comes before the Court upon the parties' Stipulated Motion to Dismiss With Prejudice **(#66)**.[1] The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#66) is GRANTED.** This action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

DATED this 22nd day of July, 2008.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge

---

[1] The Motion refers to Fed.R.Civ.P. 41(a)(1) which pertains to a notice of settlement and for which no Order of Dismissal is issued. However because the text of the Motion clearly requests issuance of an Order, the Court regards the Motion as being brought pursuant to Fed.R.Civ.P. 41(a)(2).